## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ARNALDO LUJAN and ROSA LUJAN,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.: 7:17-cv-00054** |
| | § | |
| **IMT HOTSHOT LLC and GARETH** | § | |
| **TRISTAN WILLIAMS,** | § | |
| *Defendants.* | § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiffs, ARNALDO LUJAN and ROSA LUJAN and Marnie Sellers, and Defendants, IMT HOTSHOT, LLC, and GARETH TRISTAN WILLIAMS, pursuant to FED. R. CIV. P. 41(a), and files this their Agreed Stipulation of Dismissal with Prejudice in the above-entitled and numbered cause.

### STIPULATIONS

1.     Plaintiffs Arnaldo Lujan and Rosa Lujan stipulate to the dismissal of each and all of their causes of action asserted against Defendants IMT Hotshot, LLC, and Gareth Tristan Williams this action, with prejudice to said actions being refiled against Defendants.

2.     All parties hereto stipulate that taxable costs of court shall be borne by the party incurring same.

Respectfully submitted,

CRAFT LAW FIRM, PC

By: _____

**J. HUNTER CRAFT**
State Bar Number 24012466
hcraft@craftlawfirm.com
**LAURA A. COCKRELL**
State Bar. No.  24082836

2727 Allen Parkway, Suite 1150
Houston, Texas  77019
(713) 225-0500 Telephone
(713) 225-0566  Facsimile

**ATTORNEYS FOR PLAINTIFFS**
**ARNALDO LUJAN AND ROSA LUJAN**


**SARGENT LAW, P.C.**


By: */s/David L. Sargent*
      **DAVID L SARGENT**
      State Bar No. 17648700
      david.sargent@sargentlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6516
(214) 749-6316

**ATTORNEYS FOR DEFENDANTS IMT**
**HOTSHOT, LLC AND GARETH TRISTAN**
**WILLIAMS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following counsel of record by email, on July ___ 9th, 2018:

    J. Hunter Craft
    Laura A. Cockrell
    2727 Allen Parkway, Suite 1150
    Houston, Texas 77019
    *Counsel for Plaintiff*

                                */s/ David L. Sargent*
                                David L. Sargent