UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ARNALDO LUJAN and ROSA LUJAN, § | |
| *Plaintiffs*, § | |
| § | |
| v. § | No. MO:17-CV-00054-DC |
| § | |
| IMT HOTSHOT, LLC, and GARETH § | |
| TRISTAN WILLIAMS, § | |
| *Defendants*. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is Plaintiffs Arnaldo Lujan and Rosa Lujan as well as Defendants IMT Hotshot, LLC, and Gareth Tristan Williams' Agreed Order of Dismissal with Prejudice. (Doc. 40). Plaintiffs and Defendants, by and through their respective counsel of record, request that each and every cause of action alleged in this lawsuit be, and hereby is, dismissed with prejudice and as to the refiling of same or any part thereof.

It is therefore **ORDERED**, **ADJUDGED,** and **DECREED** that all causes of action held by Plaintiffs Arnaldo Lujan and Rosa Lujan against Defendants IMT Hotshot, LLC, and Gareth Tristan Williams are hereby **DISMISSED WITH PREJUDICE** and that all taxable court costs herein incurred shall be taxed against the party incurring the same.

All relief not herein specifically granted is expressly denied.

It is so **ORDERED**.

SIGNED this 10th day of July, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE